

## NUMBER 13-13-00272-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SHARON HINOJOSA,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Sharon Hinojosa, filed a notice of appeal challenging her conviction for hindering apprehension. By order signed July 11, 2013, the trial court granted appellant's motion for new trial.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). Because there is no conviction to

be appealed, we have no jurisdiction to consider this appeal. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.--Dallas 1996, no pet.).

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of August, 2013.

2